**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Tyhe McClendon and Kianna Lee,     ) | |
|     ) | |
| Plaintiffs,     ) | |
|     ) | |
| vs.     ) | CIVIL ACTION FILE NO: |
|     ) | |
| Deere & Company and John/Jane Does     ) | _____ |
| 1-20, inclusive     ) | |
|     ) | |
| Defendants.     ) | |
| _____     ) | |

**<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Deere & Company ("Deere") hereby files this Notice of Removal of the above-styled case, and shows this Court as follows:

1.      Plaintiffs Tyhe McClendon and Kianna Lee filed a lawsuit against Deere on or about May 6, 2022 in the State Court of Fulton County, styled *Tyhe McClendon and Kianna Lee v. Deere & Company, and John/Jane Does 1-20, inclusive*, Case No. 22-EV-002711.  Plaintiffs effectuated service on Deere on June 23, 2022.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed in the State Court of Fulton County, Georgia, as of the date of the filing of this Notice of Removal are attached as Exhibit "A."

2.      The Complaint purports to state a product liability claim against Deere, seeking to recover for injuries to Plaintiff McClendon's right leg, intestines and penis, and for Plaintiff Lee's loss of love, affection, companionship, comfort, society and relations with Plaintiff McClendon.

3.      Removal of this case is appropriate based on diversity jurisdiction pursuant to 28 U.S.C. §1332 and 28 § U.S.C. 1441, as the district court has original jurisdiction based on the fact that Plaintiffs allege the amount in controversy exceeds $75,000, exclusive of interests and costs, and is between citizens of different states.

### Complete Diversity of Citizenship Exists

4.      There exists a complete diversity of citizenship between Plaintiffs and Deere, both at the time of the filing of the Complaint and as of the date hereof. Currently, Plaintiffs and Deere are the only parties to this action.

5.      Upon information and belief, Plaintiffs are citizens and residents of Georgia.

6.      Deere is a corporation incorporated in Delaware and has its principal place of business in Moline, Illinois.

7.      Therefore, complete diversity of citizenship exists between the parties to this lawsuit for purposes of establishing diversity jurisdiction under 28 U.S.C. §

2

1332(a).

## The Amount in Controversy Exceeds $75,000

8.     The Complaint is silent on the amount in controversy; however, the Complaint alleges that Plaintiff McClendon suffered catastrophic injuries, including but not limited, to his right leg, intestines and penis.   Plaintiff McClendon seeks recovery for his past and future medical expenses, past and future pain and suffering, and lost earnings.   Complaint, ¶¶ 18-24.   Further, Plaintiff Lee seeks to recover for the lost "love, affection, companionship, comfort, society, and relations with Plaintiff McClendon." *Id*. at 7

9.     Consequently, the combined amount in controversy in this matter exceeds $75,000.00 for purposes of establishing diversity jurisdiction under 28 U.S.C. § 1332(a).

## Removal is Timely

10.     The removal of this case is timely pursuant to 28 U.S.C. § 1446(b) as Deere was served with the Complaint on June 23, 2022, and this filing is within 30 days of service of the Complaint on Deere.

11.     Removal of this matter to the U.S. District Court, Northern District of Georgia, Atlanta Division, is appropriate pursuant to 28 U.S.C. § 1446(a), as the removed case was brought in Fulton County, Georgia by the Plaintiffs.

12.    In filing this Notice of Removal, Deere does not waive, and specifically reserves, any and all defenses, exceptions, rights, and motions.  No statement or omission in this Notice of Removal shall be deemed an admission of any allegations leveled or damages sought in the Complaint.

13.    Contemporaneous with the filing of this Notice of Removal, Deere will provide written notice of the filing to Plaintiffs and will file a copy of this Notice of Removal with the Clerk of the State Court of Fulton County, Georgia.  A copy of this Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

14.    Deere will tender the appropriate fees and costs for removal and docketing of this matter in federal court contemporaneously with this Notice of Removal.

By this Notice of Removal, Deere does not waive any objections it may have as to service, venue, jurisdiction, and/or the allegations made in the Complaint, and otherwise preserves all defenses to this action.  Any admissions of fact or law contained herein are made solely for purposes of this Notice, and Deere expressly reserves the right to object to usage of said admissions in future pleadings, motions, and/or argument by Plaintiffs.

WHEREFORE, this Court has jurisdiction over this action and may issue any such orders or process as may be necessary to bring all necessary parties

before this Court.

Respectfully submitted this 21st day of July, 2022.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

*/s/ Carol P. Michel*

Carol P. Michel
Georgia Bar No. 504056
Shubhra R. Mashelkar
Georgia Bar No. 475388
*Counsel for Defendant Deere & Company*

3344 Peachtree Road, N.E., Suite 2400
Atlanta, GA 30326
Telephone:  (404) 876-2700
Facsimile:  (404) 875-9433
cmichel@wwhgd.com
smashelkar@wwhgd.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1 AND 7.1D

Pursuant to Local Rules 5.1 and 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, prepared with a top margin of not less than one and one-half inches and a left margin of not less than one inch, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: July 21, 2022.

*/s/ Carol P. Michel*
Carol P. Michel

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of **DEERE & COMPANY'S**

**NOTICE OF REMOVAL** on the opposing party in the foregoing matter via U.S.

Mail, postage prepaid, to wit:

Ramin Kermani-Nejad
Hani Ganji
Kermani Firm, LLC
1718 Peachtree St NW
Suite 489
Atlanta, GA 30309
*Counsel for Plaintiffs*

This 21st day of July, 2022.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Carol P. Michel*
Carol P. Michel
Georgia Bar No. 504056
Shubhra R. Mashelkar
Georgia Bar No. 475388
*Counsel for Defendant Deere &
Company*

3344 Peachtree Road, N.E., Suite
2400
Atlanta, GA 30326
Telephone:  (404) 876-2700
Facsimile:   (404) 875-9433
cmichel@wwhgd.com
smashelkar@wwhgd.com

# EXHIBIT A

State Court of Fulton County
**E-FILED**
22EV002711
5/6/2022 9:04 PM
Christopher G. Scott, Clerk
Civil Division

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☒ State Court of ___Fulton_____ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ MM-DD-YYYY | Case Number _____ |

**Plaintiff(s)**

MCCLENDON        TYHE

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| LEE | KIANNA | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

DEERE & COMPANY

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| JOHN/JANE DOES 1-20 | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Ramin Kermani-Nejad    **Bar Number** 669698    **Self-Represented** ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☒ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number    _____ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
                                                                    **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

_____

Version 1.1.18

State Court of Fulton County
**E-FILED**
22EV002711
5/6/2022 9:04 PM
Christopher G. Scott, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: _____

TYHE MCCLENDON, and _____

KIANNA LEE, _____

1718 Peachtree Street NW,Suite 489 Atlanta,
Georgia
Plaintiff's Name, Address, City, State, Zip Code     30309

vs.

DEERE & COMPANY, and John/Jane
DOES 1-20,inclusive,106 Colony Park
800-B  CUMMING   GA    30040

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

**SUMMONS**

Defendant's Name, Address, City, State, Zip Code

TO THE ABOVE NAMED DEFENDANT:

   You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Ramin Kermani-Nejad _____

Address: 1718 Peachtree Street NW, Suite 489 _____

City, State, Zip Code: Atlanta, GA 30309 _____     Phone No.: (678) 202-0494 _____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**

Served, this _____ day of _____, 20_____.     _____
                                                            DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
22EV002711
5/6/2022 9:04 PM
Christopher G. Scott, Clerk
Civil Division

# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

|  |  |  |
|---|---|---|
| TYHE MCCLENDON, and | ) | |
| KIANNA LEE, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action File No. |
| | ) | |
| v. | ) | _____ |
| | ) | |
| DEERE & COMPANY, and JOHN/JANE | ) | Jury Trial Demanded |
| DOES 1-20, inclusive | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiffs in the above-styled action and shows the Court the following:

### Parties, Jurisdiction, and Venue

1.

Plaintiffs, THYE MCCLENDON and KIANNA LEE ("Plaintiffs") are residents of State of Georgia, and subject to the jurisdiction of this Court. Plaintiffs are, and at all relevant times have been, married.

2.

Defendant DEERE & COMPANY does systematic business in the Fulton County, and may be served with a copy of the Summons and Complaint by serving the following registered agent for service of process: The Corporation Company, 106 Colony Park Drive, Suite 800-B, Cumming, GA 30040.

3.

1

Defendants John/Jane Doe(s) 1-20 are those yet unidentified individuals who may be liable in whole or in part for the damages alleged herein. Once served with process, John/Jane Doe(s) are subject to the jurisdiction and venue of this Court.  Any reference to "Defendants" herein includes John/Jane Does 1-20.

4.

Jurisdiction and venue is proper as to all Defendants in this Court.

5.

Subject matter jurisdiction is proper in the Court as to all Defendants.

**Background**

6.

On February 4, 2021, in the State of Georgia, Plaintiff MCCLENDON was operating a defective tractor (model 544) designed, manufactured, marketed and distributed by Defendants. The tractor malfunctioned and catastrophically injured Plaintiff MCCLENDON, including but not limited to a severed right leg, intestines, and penis.

7.

As a result of Defendants' misconduct, Plaintiff LEE has lost the love, affection, companionship, comfort, society, and relations with Plaintiff MCCLENDON.

**Count 1 – Strict Liability**

8.

Plaintiffs reallege and incorporate the above allegations as if fully restated herein.

9.

2

Defendants are in the business of designing, manufacturing, marketing, and distributing tractors, including the subject tractor.

10.

Under OCGA §51-1-11 and other applicable case law, Defendants are strictly liable to Plaintiffs for the design and/or manufacturing defects in the subject tractor because the tractor was not merchantable or reasonably suited for its intended use when it was sold as new, and its defective condition when sold was the proximate cause of Plaintiffs' injuries.

11.

Defendants are strictly liable to Plaintiffs for the design defects in the tractor because the risks inherent in the tractor's design outweighed any utility or benefit derived from the tractor. At all relevant times, Defendants knew, as the tractor's designer and manufacturer, that the tractor had to be designed and manufactured to minimized risks versus utilities; yet Defendants designed, manufactured, marketed and placed into the stream of commerce a defective and unreasonably dangerous product, thereby exposing people, like Plaintiff, to serious risk of harm.

12.

Defendants' defective tractor was the proximate cause of Plaintiffs' injuries. Therefore, Defendants are strictly liable for all injuries and damage to Plaintiffs.

**Count 2 – Negligence**

13.

Plaintiffs reallege and incorporate the above allegations as if fully restated herein.

14.

3

At all relevant times herein, Defendants had a duty of reasonable care to design, manufacture, market, and distribute non-defective products, including the subject tractor, that are reasonably safe for their intended uses.

14.

Defendants breached that duty when they designed, manufactured, tested, marketed, and placed into the stream of commerce a defective and unreasonably dangerous product, the subject tractor, which posed a serious safety hazard to users like Plaintiff MCCLENDON.

15.

Defendants knew, or in the exercise of ordinary care, should have known through their own testing, that the tractor was unreasonably dangerous to those persons likely to use the product for the purpose and in the matter for which it was intended to be used.  Despite this knowledge, Defendants marketed and sold the defective tractor, exposing the public and Plaintiffs to an unreasonable risk of harm.

16.

Defendants owed Plaintiff, as well as the public at large, the duty of reasonable care in designing and manufacturing the subject tractor. Defendants failed to act as an ordinary, prudent manufacturer in designing and manufacturing the subject tractor and violated their duties to the public, including Plaintiffs, and were negligent. Defendants' negligence in designing and/or manufacturing the defective tractor were the proximate cause of Plaintiffs' injuries and damages, as described herein.

17.

4

Defendants are liable for their negligence and for all injuries and damages to Plaintiffs related to this incident.

## Count 3 – Damages

18.

Plaintiffs reallege and incorporate the above allegations as if fully restated herein.

19.

Plaintiffs' injuries and damages resulting from Defendants' misconduct were strictly, directly and proximately caused by Defendants.

20.

Plaintiffs were injured and have experienced physical and emotional pain and suffering as a direct and proximate result of Defendants' misconduct.

21.

In the future, it is likely Plaintiffs will continue to have physical injuries and experience physical and emotional pain and suffering as a strict, direct and proximate result of Defendants' misconduct.

22.

In the future, it is likely Plaintiffs will continue to need medical treatment as a strict, direct and proximate result of Defendants' misconduct.

23.

Plaintiffs experienced and will continue to experience pain and suffering as a strict, direct and proximate result of Defendants' misconduct.

24.

As a result of Defendants' misconduct, Plaintiffs have incurred reasonable, necessary, and continuing medical expenses and will continue to incur expenses in the future, in an amount to be proven at trial.

24.

Plaintiffs are entitled to recover for their injuries and the pain and suffering sustained, and all other elements of damages allowed under Georgia law, including but not limited to all compensatory, general, special, incidental, consequential, and/or other damages permitted. Plaintiffs state their intentions to seek all compensatory, special, economic, consequential, general, and all other damages permissible under Georgia Law, including, but not limited to:

a)   Personal injuries;

b)   Past, present and future pain and suffering;

c)   Disability;

d)   Disfigurement;

e)   Mental anguish;

f)   Loss of capacity for the enjoyment of life;

g)   Economic losses;

h)   Incidental expenses;

i)   Past, present and future medical expenses;

j)   Lost earnings;

k)   Loss of consortium;

l)   Loss of earning capacity;

m)   Permanent injuries; and

n)   Consequential damages to be proven at trial.

WHEREFORE, Plaintiffs pray that they have a trial on all issues and judgment against Defendants as follows:

a)      Process issue as provided by law;

b)      Plaintiffs have a trial by jury against Defendants;

c)      Judgment be awarded to Plaintiffs and against Defendants;

d)      That Plaintiffs recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

e)      That Plaintiffs recover for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

f)      Plaintiffs attorneys' fees and expenses of litigation

g)      Plaintiffs cost of suit;

h)      Plaintiffs pre-judgment and post-judgment interest, as allowed as applicable law

i)      That Plaintiffs recover punitive damages in an amount to be determined by the enlightened conscience of a jury; and

j)      That Plaintiffs recover such other and further relief as is just and proper.


Respectfully submitted on Friday, May 6, 2022

/s/ Ramin Kermani-Nejad
Ramin kermani-Nejad, Esq.
KERMANI FIRM LLC
Georgia Bar No. 669698
*Attorney for Plaintiff*

**KERMANI FIRM LLC**
1718 Peachtree Street NW, Suite 489
Atlanta, Georgia 30309
Tel: 678-202-0494

7

Fax: 678-202-0209
rk@kermanillp.com

State Court of Fulton County
**E-FILED**
22EV002711
6/28/2022 3:50 PM
Christopher G. Scott, Clerk
~~Civil Division~~

## AFFIDAVIT OF SERVICE

| Case: 22EV002711 | Court: IN THE STATE COURT OF FULTON COUNTY STATE OF GEORGIA | County: FULTON | Job: 7268831 |
|---|---|---|---|
| Plaintiff / Petitioner: TYHE MCCLENDON, et al | | Defendant / Respondent: DEERE & COMPANY, et al | |
| Received by: Michael Rivers | | For: Kermani LLP | |
| To be served upon: DEERE & COMPANY | | | |

I, Michael Rivers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:    DEERE & COMPANY, 106 Colony Park Dr Suite 800-B, Cumming, GA 30040
Manner of Service:    Registered Agent, Jun 23, 2022, 11:10 am EDT
Documents:    Summons and Complaint for Damages

Additional Comments:
1) Successful Attempt: Jun 23, 2022, 11:10 am EDT at 106 Colony Park Dr Suite 800-B, Cumming, GA 30040 received by DAYVON JACKSON at The Corporation Company for DEERE & COMPANY.

_____  6-24-22
Michael Rivers                         Date

Michael Rivers
3301 Buckeye Rd Suite 303
Atlanta, GA 30341
404-552-1905

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/24/22
Date                         Commission Expires

EXPIRES
NOV 7, 2023

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

Administrative Order No. 22EX000001

IN RE: ORDER FOR APPOINTMENT FOR SERVICE OF PROCESS

It appearing that the State Court of Fulton County has read and considered petitions and criminal records for the persons listed

below, and the same having met certification requirements, this Court hereby allows the same to serve process for State Court proceedings.

IT IS HEREBY ORDERED that the following persons:

ABRAHAM, ROBIN L.
ALLEN, LAKEITA TYESHA
ANDERSON, QAISAR CRAIG
ANDERSON, WILLIAM JAMES
ANDREWS II, GENE EDWARD
ARMSTRONG, CHRISTOPHER J.
ARMSTRONG, CYNARA
BACKO, MUSTAFA
BAILEY, ANNA MARIE
BALL, STACY LEIGH
BARNES, KRISTOPHER KEVIN
BARNEY JR., STEVEN MICHAEL
BARRON, SHANE WILLIS
BARRY, PAUL EDWIN
BASHAM, JAMES STEVEN
BENITO, RICHARD DAVID
BETHEL-MAXIE, VAQUISHA
BEYENE, EUAEL BERHANE
BOATENG, SHERRY DOTSON
BOLLING, KATHERINE DEVORE
BRAZEMAN, CRAIG PHILIP
BRIDGET, KAYLA DENISE
BRILEY, DONNIE CHAPPELLE
BRYANT, SHEMIKA ROCHELLE
BUNCH, KIM
BUTTS, KIMBERLY LYNN
BYER, EDMOND JOHN
CABRERA-ANDERSON, SANDY
CHASTAIN, MICHAEL ALAN
CHESLER, ROSETTA L.
CHILDRESS, CLIFTON
CLEMMONS, JOYCE YVONNE
CLINE, TRAVIS DANIEL
COCHRANE, BABETTE DAWN
COOK, CHRIS LAMAR
CUNNINGHAM, SALLY K.
DALMAN, JONATHAN B.
DAMBACH-CIRKO, PATRICIA J.
DANIELS, SONIA L.
DAVIDSON, DANNY DOUGLAS
DAVIDSON, MITCHELL T.
DAY, DUANE DAVIDSON
DEVAUGHN, CARL LINTON
DOLBIER, JEFFREY ALAN
EARTHRISE, ROCHELLE D.
ECHOLS, ERIC DWIGHT
ECHOLS, PATRICIA IZETTA
ELLIOTT, MAURICE

FARKAS, BELA
FAULKNER, DANA V.
FAZZIO, DEDREA L.
FERGUSON, REGINALD B.
FERRERO, AMY LYNN
FISHER, DAWN WALLS
FITZGERALD, FLORETTA
FOGLE, JOHNNY COLVIN
FOLDS, CATHERINA PILAR
FOLDS, GEORGE LARRY
FORD, RONNIE
FOX, JUHANI ALLEN
FREESE, JESSICA RENEE
FULLER, SHAWN THAYNE
GALVIN, ELIZABETH MARY
GARMON, JASON HAMPTON
GAYLE, EARL WINSTON
GEORGE, RANDAL LEE
GIBBS III, THOMAS DAVID
GILES, HERBERT F.
GREEN, ANJENAI G.
GREEN, MELBA JANI
GREENWAY, KIMBERLY B.
GRIMSHAW, SHANE KELLEE
HABTEMARIAM, NEBYOU
HANDLEY, WILEY D.
HARRIS, PARKS WAYNE
HASSAN, MUHSIN SHAHID
HASSAN, MUHSIN SHAHID
HIGHSMITH, AMOS MATTHEW
HIGHTOWER, ANTHONIO
HILL, HOLLIS JEROME
HILL, LISA WILSON
HINDSMAN, CHERROD TER-RAY
HINES, JAMES WILLIAM
HORTON, CHRISTOPHER TODD
HORTON, MALACHI
HUDSON, HAKIMAH B.
HUDSON, KYLE W.
HUGULEY, CK ADONNI
HUMPHREY, JOVIERA Y.
IRVINE, XAVIER ANTOINE
JACKSON II, ANTHONY
JAMES, FRANK HUGH
JENKINS, STEPHANIE D.
JOHNSON, EARL CHARLES
JOHNSON, MICHAEL TODD
KAHSSU, HAILE TANKEY

KING, AMOS
KOTLAR, MICHAEL J.
LASTER, BEVERLY L.
LAUSMAN, MARSHA C.
LAWSON, ZURI M.
LE, PHUONG-ANH DAO
LETTS, WILLIAM EARL
LEWIS, KEVIN JOSEPH
LOUIS, CLYDE A.
LUTWACK, WILLIAM C.
MAGGARD, ANDREW M.
MALLAS, NICHOLAS A.
MAXWELL, BRANDON S.
MCCLELLAN, RODNEY J.
MCGAHEE, LARRY LOUIS
MCMILLON, ERICKA D.
MITCHELL, KEVIN JOSEPH
MORGAN, TODD VERNELL
MOTT, CYNTHIA
MURPHY JR., GREGORY B.
MURRAH, JUANQUALO D.
NEWSOM, JESSICA FALLON
NICHOLS, JEAN GRINWIS
NICHOLS, LATHAN OTTO
NOLEN, MILTON LEE
O'LEARY, CHRISTINE L.
PALMER, ALITA SHARISSE
PANNELL, NICOLE D.
PARKER, ATARI LARAE
PERLSON, MARC DAMON
PHELAN, CHRISTINE
PHELAN, ROSS
RANSOME, MAURICE L.
RECKERDREES, THOMAS NMN
REDDICK, DEREK LAMAR
REYES, REAGAN J.
RHODES, KATHRYN DENISE
RICHARDSON, CLARK
RICHARDSON, LEROY
RIVERS, MICHAEL THOMAS
ROBBINS, KAREN FELICIA
ROBINSON, JEROY
RUDDOCK, LEOPOLD ERIC
RUDDOCK, MARGARET A.
SADLER JR., JOHN THURSTON
SANDERS, SHAKILLA TERIA
SAXON, JASMINE NICHOLE
SAXON, RASHAD LAMAR

SAXON, ROBIN LEE
SAXON-FORD, VIRGINIA
SEKLECKI, CHRISTIAN G.
SHEPHERD, ELIZABETH A.
SIBBALD, JOHN WILLIAMS
SINGLETON, WESLEY G.
SMITH JR., BRUCE RICHARD
SMITH, DELACIE PAUL
SMITH, RONALD LEON
SMITH, VIRGINIA E CHARLES
SNELLINGS, SHARON E.
SPEARS, JOYE L.
SPELLEN, ELIZABETH R.
SPELLEN, GEOFFREY B.
STANTON, CHRISTOPHER S.
STARKS, MARC ANTONY
STEPHENS, GERI SHAMEKA
STEWART, RONNIE NORRIS
STINYARD, KELVIN
STONE, ALESIA ANDREA
STONE, RODNEY DAVID
SWINDLE, FRANK L.
SWINGER, INA LYNN
TASSAW, BERHANE BEYENE
THOMAS, JEFFREY ALAN
THOMPSON, VANESSA
THRASH, NANCY M.
TORT, HENRY
TROY, DOUGLAS ADAM
TURNER, TRAVIS DAVON
VELASQUEZ, JULIUS O.
WALKER WHISBY, KATARA
WASHINGTON, SABRINA A.
WATT II, ROOSEVELT
WEBBER, MELINA MARY
WEEKS, FRANCES MARJAN
WEST, ERIC NOEL
WILLIAMS, JACK LELAND
WINKLEMAN, NAN L.
WOLFE, LISA LYNN
WRIGHT, CHRISTOPHER K.



be appointed and authorized to serve as Permanent Process Servers for the calendar year of 2022, without the necessity of an order for appointment in each individual case.

SO ORDERED, this 1st day of January, 2022.

Chief Judge Susan E. Edlein
State Court of Fulton County

# EXHIBIT B

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| TYHE MCCLENDON and KIANNA LEE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| DEERE & COMPANY and JOHN/JANE | ) |
| DOES 1-20, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CIVIL ACTION FILE**
**NO:  22EV002711**

**DEFENDANT DEERE & COMPANY'S**
**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Deere & Company ("Deere"), by and through the undersigned, filed in the United States District Court for the Northern District of Georgia, Atlanta Division (the "Federal Court") a Notice of Removal, a true and correct copy of which is attached as Exhibit "A", thereby removing this case to Federal Court.  Accordingly, the jurisdiction of this Court is hereby suspended and any proceedings in this Court after the date of removal are null and void unless or until the Federal Court remands this matter to this Court. *See, e.g., Cotton v. Federal Land Bank of Columbia*, 246 Ga. 188, 269 (1980).

Respectfully submitted this 21st day of July, 2022.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Carol P. Michel*
Carol P. Michel
Georgia Bar No. 504056
Shubhra R. Mashelkar
Georgia Bar No. 475388
*Counsel for Defendant Deere & Company*

3344 Peachtree Road NE
Suite 2400
Atlanta, GA 30326
Telephone:  (404) 876-2700
Facsimile:   (404) 875-9433
cmichel@wwhgd.com
smashelkar@wwhgd.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day filed a true and correct copy of **DEERE & COMPANY'S NOTICE OF FILING NOTICE OF REMOVAL** with the Court via the Clerk's electronic filing system, which will automatically send notification to all counsel of record, as follows:

Ramin Kermani-Nejad
Hani Ganji
Kermani Firm, LLC
1718 Peachtree St NW
Suite 489
Atlanta, GA 30309
*Counsel for Plaintiffs*

This 21st day of July, 2022.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Carol P. Michel*
Carol P. Michel
Georgia Bar No. 504056
Shubhra R. Mashelkar
Georgia Bar No. 475388
*Counsel for Defendant Deere & Company*

3344 Peachtree Road NE
Suite 2400
Atlanta, GA 30326
Telephone:  (404) 876-2700
Facsimile:  (404) 875-9433
cmichel@wwhgd.com
smashelkar@wwhgd.com