**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Tyhe McClendon and Kianna Lee, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Deere & Company, and John/Jane Does ) <br> 1-20, inclusive ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION FILE NO: <br> 1:22-cv-02883-WMR |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Deere & Company ("Deere") and submits this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3, N.D. Georgia, showing as follows:

1. Deere certifies that the following is a full and complete list of all parties related to Deere in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of Deere: **Deere is a publicly held corporation that is traded on the New York Stock Exchange under ticker symbol DE. Deere has no parent corporation and no publicly held corporation owns 10% or more of its stock.**

1

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: **None.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys in this action:

For Plaintiffs: **Ramin Kermani-Nejad and Hani Ganji of Kermani Firm, LLC.**

For Defendant: **Shubhra Mashelkar and Carol Michel of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC.**

Respectfully submitted this 22nd day of July, 2022.

                                  WEINBERG, WHEELER, HUDGINS,
                                  GUNN & DIAL, LLC

                                  */s/ Carol P. Michel*
                                  Carol P. Michel
                                  Georgia Bar No. 504056
                                  Shubhra R. Mashelkar
                                  Georgia Bar No. 475388
                                  *Counsel for Defendant Deere & Company*

3344 Peachtree Road NE
Suite 2400
Atlanta, GA 30326
Telephone:  (404) 876-2700
Facsimile:   (404) 875-9433

cmichel@wwhgd.com
smashelkar@wwhgd.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1 AND 7.1D**

Pursuant to Local Rules 5.1 and 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, prepared with a top margin of not less than one and one-half inches and a left margin of not less than one inch, double-spaced between lines, and used Times New Roman font of 14-point size. Dated: July 22, 2022.

*/s/ Carol P. Michel*
Carol P. Michel

# CERTIFICATE OF SERVICE

I hereby certify on July 22, 2022, I electronically filed the foregoing Defendant's Certificate of Interested Persons and Corporate Disclosure Statement by using the CM/ECF filing system, which will automatically send notification to all counsel of record, as follows:

>Ramin Kermani-Nejad
>Hani Ganji
>Kermani Firm, LLC
>1718 Peachtree St NW
>Suite 489
>Atlanta, GA 30309
>*Counsel for Plaintiffs*

This 22nd day of July, 2022.

>WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
>
>*/s/ Carol P. Michel*
>Carol P. Michel
>Georgia Bar No. 504056
>Shubhra R. Mashelkar
>Georgia Bar No. 475388
>*Counsel for Defendant Deere & Company*

3344 Peachtree Road NE
Suite 2400
Atlanta, GA 30326
Telephone:  (404) 876-2700
Facsimile:   (404) 875-9433
cmichel@wwhgd.com
smashelkar@wwhgd.com